# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED

United States of America )
v. )
) Case No. 2:14cr108
LINDA AVILA )
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LINDA AVILA ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §286 Conspiracy to Make False Claims; Counts 2-11: 18 U.S.C. §§ 287 & 2 False Claims Against the United States; Counts 12-21: 18 U.S.C. § 1341 Mail Fraud

Date: 07/25/2014

*Issuing officer's signature*

City and state: Norfolk, Virginia       Lawrence R. Leonard, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 8/7/2014 at *(city and state)* WILMINGTON, DE . |
| Date: _____        FOR DELEWARE       *Arresting officer's signature* |
| *Printed name and title* |